UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

IN RE:
SAFINA N. MBAZIRA,                                                    Chapter 11
        DEBTOR.                                                  Case No. 13-16586-WCH
_____

SAFINA N. MBAZIRA,
        PLAINTIFF,
                                                                                  Adversary Proceeding
v.                                                                                No. 14-1055

OCWEN LOAN SERVICING, LLC,
U.S. BANK N.A., AS TRUSTEE OF
THE J.P. MORGAN MORTGAGE
ACQUISITION CORP. 2005-FRE1
ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-FRE1,
AND JPMORGAN CHASE & CO.,
        DEFENDANTS.
_____

**JUDGMENT**

In accordance with the Memorandum of Decision of even date, the Court GRANTS the Plaintiff's Motion for Judgment on the Pleadings. The first mortgage held by U.S. Bank National Association, as Trustee relating to J.P. Morgan Mortgage Acquisition Corp. 2005-FRE1 Asset Backed Pass-Through Certificates, Series 2005-FRE1, is avoided pursuant to 11 U.S.C. § 544(a)(3) and automatically preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

*[signature]*

_____
William C. Hillman
United States Bankruptcy Judge

Dated: March 31, 2015